# ALABAMA COURT OF CRIMINAL APPEALS



December 13, 2024

**CR-2023-0953**

Craig L. Newton v. State of Alabama (Appeal from Macon Circuit Court: CC-01-49.60)

## NOTICE

You are hereby notified that on December 13, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk